**Fill in this information to identify the case:**

Debtor name      **Big Teddy LLC**

United States Bankruptcy Court for the:      DISTRICT OF NEW JERSEY

Case number (if known)    **23-19587**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  4, 2023**          X **/s/ Michael Matuska**
                                            Signature of individual signing on behalf of debtor

                                            **Michael Matuska**
                                            Printed name

                                            **Sole Member**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Big Teddy LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | **23-19587** |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Baker, Govern & Baker Inc. (UPS) c/o Heitner & Breitstein P.C. 28 North Main Street Marlboro, NJ 07746** | | **Business Debt** | | | | **$161,252.89** |
| **MD Best LLC 3423 Kennedy Boulevard Jersey City, NJ 07307** | | **Rent** | | | | **$150,000.00** |
| **Fed Ex c/o Weinstock & O'Malley, P.A. 105 White Oak Lane Old Bridge, NJ 08857** | | **Business Debt** | | | | **$88,045.36** |
| **FedEx c/o Weinstock & O'Malley, P.A. 107 West Main Street Clinton, NJ 08809** | | **Business Debt** | | | | **$65,000.00** |
| **CFT Clear Finance Technology Corp. 33 Yonge Street, Suite 1200 Toronto, ON M5E 0A9 Canada** | | **Business Debt** | | | | **$45,743.40** |

| Debtor | **Big Teddy LLC** | Case number *(if known)* | **23-19587** |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Executive Financial Enterprises, Inc. as Assignee for United Parcel Service c/o Fein Such Kahn & Shepard P.C. 7 Century Drive, 2nd Floor Parsippany, NJ 07054** | | **Business Debt** | | | | **$45,313.96** |
| **Goldman Sachs Bank, USA PO Box 45400 Salt Lake City, UT 84145** | | **Business Collateral** | | **$41,524.58** | **$0.00** | **$41,524.58** |
| **Amazon Capital Services, Inc. c/o Corporation Service Company 300 Deschutes Way SW, Suite 304 Tumwater, WA 98051** | | **Business Collateral** | | **$37,953.53** | **$0.00** | **$37,953.53** |
| **Paypal Working Capital Attn: Executive Escalation PO Box 45950 Omaha, NE 68145-0950** | | **Business Collateral** | | **$10,023.25** | **$0.00** | **$10,023.25** |
| **Everest Business Funding 5 West 37th Street Suite 1100 New York, NY 10018** | | **Business Collateral** | | **$2,706.23** | **$0.00** | **$2,706.23** |
| **Square Capital LLC 1455 Market Street, Suite 600 San Francisco, CA 94103** | | **Loan** | | | | **$2,206.00** |
| **Clear Sale LLC c/o Accounts Receivable 7680 Universal Blvd., Suite 620 Orlando, FL 32819** | | **Business Debt** | | | | **$1,967.84** |

Debtor   **Big Teddy LLC**
_____
Name

Case number *(if known)*   **23-19587**
_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **FreightQuote.com c/o Corporate Counsel, P.A. Timothy W. Fafinski 3411 Brei Kessel Road Maple Plain, MN 55359** | | **Business Debt** | | | | **$1,390.47** |
| **Internal Revenue Service Centralized Insolvency Operation PO Box 21126 Philadelphia, PA 19114-0326** | | **Notice Only** | **Contingent Unliquidated** | | | **$0.00** |
| **State of NJ - Division of Taxation Department of Treasury Bankruptcy Unit- 50 Barrack Street P.O. Box 245 Trenton, NJ 08695-0267** | | **Notice Only** | **Contingent Unliquidated** | | | **$0.00** |

**Fill in this information to identify the case:**

Debtor name   **Big Teddy LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **23-19587**

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*................................................................... $ _____ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................ $ _____ 35,831.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................. $ _____ 35,831.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ _____ 92,207.59

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ _____ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ _____ 560,919.92

4. **Total liabilities** .....................................................................................
   Lines 2 + 3a + 3b

   $ _____ 653,127.51

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Big Teddy LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **23-19587**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Polish & Slavic Federal Credit Union** | **Checking** | **9093** | $615.00 |
| 3.2. | **Polish & Slavic Federal Credit Union** | **Savings** | **9093** | $10.00 |
| 3.3. | **Square** | **Checking** | **5152** | $156.00 |
| 3.4. | **Paypal Account** | | | $50.00 |
| 3.5. | **Payoneer Account (Walmart sales sweep into PSFCU account).** | | | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $831.00

| Part 2: | Deposits and Prepayments |
|---|---|

| Debtor | **Big Teddy LLC** | Case number *(If known)* **23-19587** |
|---|---|---|
| | Name | |

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Fabric rolls, polyester stuffing** | | **$0.00** | | **$18,000.00** |
| 20. | **Work in progress** **Unstuffed plush animal skins** | | **$0.00** | | **$17,000.00** |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |

23. **Total of Part 5.**    **$35,000.00**

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor    **Big Teddy LLC**                                    Case number *(If known)* **23-19587**
_____
Name

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Sewing machines, old cast iron stuffing<br>machine, picker machine (no value)** | $0.00 | | $0.00 |

51. **Total of Part 8.**                                                        $0.00

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

Debtor    **Big Teddy LLC**
_____
Name                                                    Case number *(If known)* **23-19587**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>**Big Plush Trademark** | **$0.00** | | **Unknown** |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations**<br>**Customer List** | **$0.00** | | **Unknown** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No. Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Big Teddy LLC**
      <sub>Name</sub>

Case number *(If known)* **23-19587**

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $831.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $35,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $35,831.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $35,831.00 |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Big Teddy LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **23-19587**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Amazon Capital Services, Inc.**<br>Creditor's Name<br><br>**c/o Corporation Service Company**<br>**300 Deschutes Way SW,**<br>**Suite 304**<br>**Tumwater, WA 98051**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**Business Collateral**<br><br><br><br>**Describe the lien**<br>**UCC-1 Financing Statement**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $37,953.53 | $0.00 |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Everest Business Funding**<br>Creditor's Name<br>**5 West 37th Street**<br>**Suite 1100**<br>**New York, NY 10018**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**Business Collateral**<br><br><br><br>**Describe the lien**<br>**UCC-1 Financing Statement**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $2,706.23 | $0.00 |

| Debtor | **Big Teddy LLC** | Case number (if known) | **23-19587** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Goldman Sachs Bank, USA** | Describe debtor's property that is subject to a lien | $41,524.58 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Business Collateral** | | |

**PO Box 45400**
**Salt Lake City, UT 84145**

Creditor's mailing address

Describe the lien
**Line of Credit/UCC-1 Financing Statement**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Paypal Working Capital** | Describe debtor's property that is subject to a lien | $10,023.25 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Business Collateral** | | |

**Attn: Executive Escalation**
**PO Box 45950**
**Omaha, NE 68145-0950**

Creditor's mailing address

Describe the lien
**Business Loan**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $92,207.59 |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Official Form 206D                Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                page 2 of 3

| Debtor | **Big Teddy LLC** | Case number (if known) | **23-19587** |
|---|---|---|---|
| | Name | | |

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Everest Business Funding**<br>**8200 NW 52nd Terrace, 2nd Floor**<br>**Doral, FL 33166** | Line __2.2__ | |
| **Zwicker & Associates, P.C.**<br>**80 Minuteman Road**<br>**Andover, MA 01810** | Line __2.3__ | |

**Fill in this information to identify the case:**

Debtor name    **Big Teddy LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **23-19587**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Baker, Govern & Baker Inc. (UPS)**<br>**c/o Heitner & Breitstein P.C.**<br>**28 North Main Street**<br>**Marlboro, NJ 07746**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Business Debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$161,252.89** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**CFT Clear Finance Technology Corp.**<br>**33 Yonge Street, Suite 1200**<br>**Toronto, ON M5E 0A9**<br>**Canada**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Business Debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$45,743.40** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Clear Sale LLC**<br>**c/o Accounts Receivable**<br>**7680 Universal Blvd., Suite 620**<br>**Orlando, FL 32819**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Business Debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$1,967.84** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Executive Financial Enterprises, Inc.**<br>**as Assignee for United Parcel Service**<br>**c/o Fein Such Kahn & Shepard P.C.**<br>**7 Century Drive, 2nd Floor**<br>**Parsippany, NJ 07054**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Business Debt**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$45,313.96** |

| Debtor | **Big Teddy LLC** | Case number (if known) | **23-19587** |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$88,045.36**

**Fed Ex**
**c/o Weinstock & O'Malley, P.A.**
**105 White Oak Lane**
**Old Bridge, NJ 08857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65,000.00**

**FedEx**
**c/o Weinstock & O'Malley, P.A.**
**107 West Main Street**
**Clinton, NJ 08809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,390.47**

**FreightQuote.com**
**c/o Corporate Counsel, P.A.**
**Timothy W. Fafinski**
**3411 Brei Kessel Road**
**Maple Plain, MN 55359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 21126**
**Philadelphia, PA 19114-0326**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00**

**MD Best LLC**
**3423 Kennedy Boulevard**
**Jersey City, NJ 07307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Rent**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,206.00**

**Square Capital LLC**
**1455 Market Street, Suite 600**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Loan**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**State of NJ - Division of Taxation**
**Department of Treasury**
**Bankruptcy Unit- 50 Barrack Street**
**P.O. Box 245**
**Trenton, NJ 08695-0267**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Big Teddy LLC** | | Case number (if known) | **23-19587** |
|---|---|---|---|---|
| | Name | | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Stuart J. Moskoitz, Esq.**<br>**4400 Route 9 South**<br>**Suite 1000**<br>**Freehold, NJ 07728** | Line __3.9__<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 560,919.92 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 560,919.92 |

**Fill in this information to identify the case:**

Debtor name     **Big Teddy LLC**

United States Bankruptcy Court for the:     DISTRICT OF NEW JERSEY

Case number (if known)    **23-19587**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1**  State what the contract or lease is for and the nature of the debtor's interest | |
|   State the term remaining | |
|   List the contract number of any government contract | |
| **2.2**  State what the contract or lease is for and the nature of the debtor's interest | |
|   State the term remaining | |
|   List the contract number of any government contract | |
| **2.3**  State what the contract or lease is for and the nature of the debtor's interest | |
|   State the term remaining | |
|   List the contract number of any government contract | |
| **2.4**  State what the contract or lease is for and the nature of the debtor's interest | |
|   State the term remaining | |
|   List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **Big Teddy LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) **23-19587**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Michael Matuska** | **1092 St. Georges Ave #158 Rahway, NJ 07065** | **Amazon Capital Services, Inc.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Michael Matuska** | **1092 St. Georges Ave #158 Rahway, NJ 07065** | **Everest Business Funding** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Michael Matuska** | **1092 St. Georges Ave #158 Rahway, NJ 07065** | **Goldman Sachs Bank, USA** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Big Teddy LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number (if known) **23-19587**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$137,515.00** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$736,723.00** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$1,102,781.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| | | | |

Debtor    **Big Teddy LLC**                                                      Case number *(if known)* **23-19587**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **See Attached 90 Day Payment Schedule** | | $16,684.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Owner Draws from Single Member LLC Debtor and Return of Capital Contributions** |

4.    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **See Attached One Year Insider Payments** | | $76,775.79 | **Owner Draws from Single Member LLC Debtor and Return of Capital Contributions** |

5.    **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Gaker, Govern & Baker, Inc. (UPS) c/o Heitner & Breitstein PC 28 North Main Street Marlboro, NJ 07746** | **Cash in Bank Account** | **July 2023** | **$150.00** |

6.    **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7.    **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Big Teddy LLC**                                                          Case number *(if known)*  **23-19587**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **MD Best LLC v. Big Teddy LLC**<br>**ESX-LT-016282-23** | **Eviction Proceeding** | **Superior Court of New Jersey**<br>**Essex County Courthouse**<br>**50 West Market Street**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Executive Financial Services Inc. (UPS) v. Big Teddy LLc**<br>**ESX-L-006481-23** | **Collection** | **Superior Court of New Jersey**<br>**Essex County Courthouse**<br>**50 West Market Street**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Baker, Govern & Baker, Inc., Assignee of UPS v. Big Teddy LLc**<br>**ESX-L-005624-18** | **Collection** | **Superior Court of New Jersey**<br>**Essex County Courthouse**<br>**50 West Market Street**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **FedEx Corporate Services v. Big Teddy LLC**<br>**SOM-L-000185-18** | **Collection** | **Superior Court of New Jersey**<br>**Law Division, Special Civil Part**<br>**Somerset County Court**<br>**40 N. Bridge Street**<br>**Somerville, NJ 08876** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

| Debtor | **Big Teddy LLC** | Case number *(if known)*  **23-19587** |
|---|---|---|

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Forman Holt 365 West Passaic Street, Suite 400 Rochelle Park, NJ 07662** | | **10/30/2023** | **$20,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Brian Leonard** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Debtor | **Big Teddy LLC** | Case number *(if known)* **23-19587** |
|---|---|---|

---

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

  ■  No.
  ☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

  ■  No. Go to Part 10.
  ☐  Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

  ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

  ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

  ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

  ■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

| Debtor | **Big Teddy LLC** | Case number *(if known)* | **23-19587** |
|---|---|---|---|

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Michael Matuska 1092 St. Georges Ave #158 Rahway, NJ 07065** | |

Debtor    **Big Teddy LLC**                                    Case number *(if known)* **23-19587**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

Debtor    **Big Teddy LLC**                                                  Case number *(if known)*  **23-19587**

---

<span style="background-color:black;color:white">**Part 14:**</span>   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  4, 2023**

**/s/ Michael Matuska**                                 **Michael Matuska**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Sole Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Big Teddy LLC
90 Day Payment Schedule
August 1, 2023 through October 30, 2023

| Payee | Date | Number | Amount |
|-------|------|--------|--------|
| Mike Matuska | 08/01/2023 | dm | 403.00 |
| Mike Matuska | 08/01/2023 | dm | 203.56 |
| Mike Matuska | 08/02/2023 | dm | 364.38 |
| Mike Matuska | 08/03/2023 | dm | 343.00 |
| Mike Matuska | 08/03/2023 | dm | 722.65 |
| Mike Matuska | 08/08/2023 | dm | 900.00 |
| Mike Matuska | 08/08/2023 | dm | 212.72 |
| Mike Matuska | 08/11/2023 | dm | 152.67 |
| Mike Matuska | 08/11/2023 | dm | 153.69 |
| Mike Matuska | 08/15/2023 | dm | 142.49 |
| Mike Matuska | 08/17/2023 | dm | 78.00 |
| Mike Matuska | 08/17/2023 | dm | 148.00 |
| Mike Matuska | 08/18/2023 | dm | 429.52 |
| Mike Matuska | 08/19/2023 | dm | 57.00 |
| Mike Matuska | 08/21/2023 | dm | 61.00 |
| Mike Matuska | 08/22/2023 | dm | 42.75 |
| Mike Matuska | 08/23/2023 | dm | 78.00 |
| Mike Matuska | 08/24/2023 | dm | 106.87 |
| Mike Matuska | 08/25/2023 | dm | 507.89 |
| Mike Matuska | 08/28/2023 | dm | 33.00 |
| Mike Matuska | 08/31/2023 | dm | 43.00 |
| Mike Matuska | 08/31/2023 | dm | 31.00 |
| Mike Matuska | 08/31/2023 | dm | 120.10 |
| Mike Matuska | 09/01/2023 | dm | 62.00 |
| Mike Matuska | 09/02/2023 | dm | 146.56 |
| Mike Matuska | 09/03/2023 | dm | 155.73 |
| Mike Matuska | 09/04/2023 | dm | 98.73 |
| Mike Matuska | 09/05/2023 | dm | 202.00 |
| Mike Matuska | 09/05/2023 | dm | 122.00 |
| Mike Matuska | 09/05/2023 | dm | 278.88 |
| Mike Matuska | 09/07/2023 | dm | 170.00 |
| Mike Matuska | 09/08/2023 | dm | 203.00 |
| Mike Matuska | 09/08/2023 | dm | 712.47 |
| Mike Matuska | 09/08/2023 | dm | 654.00 |
| Mike Matuska | 09/10/2023 | dm | 152.67 |
| Mike Matuska | 09/15/2023 | dm | 63.00 |
| Mike Matuska | 09/17/2023 | dm | 122.14 |
| Mike Matuska | 09/18/2023 | dm | 119.00 |

Big Teddy LLC
90 Day Payment Schedule
August 1, 2023 through October 30, 2023

| Payee | Date | Number | Amount |
|---|---|---|---|
| Mike Matuska | 09/18/2023 | dm | 500.00 |
| Mike Matuska | 09/19/2023 | dm | 135.00 |
| Mike Matuska | 09/19/2023 | dm | 23.41 |
| Mike Matuska | 09/21/2023 | dm | 131.00 |
| Mike Matuska | 09/21/2023 | dm | 152.67 |
| Mike Matuska | 09/27/2023 | dm | 28.00 |
| Mike Matuska | 09/28/2023 | dm | 23.50 |
| Mike Matuska | 09/29/2023 | dm | 104.50 |
| Mike Matuska | 10/02/2023 | dm | 2,780.00 |
| Mike Matuska | 10/02/2023 | dm | 503.00 |
| Mike Matuska | 10/03/2023 | dm | 503.00 |
| Mike Matuska | 10/05/2023 | dm | 18.00 |
| Mike Matuska | 10/07/2023 | dm | 130.28 |
| Mike Matuska | 10/11/2023 | dm | 604.00 |
| Mike Matuska | 10/12/2023 | dm | 186.26 |
| Mike Matuska | 10/12/2023 | dm | 131.30 |
| Mike Matuska | 10/13/2023 | dm | 279.00 |
| Mike Matuska | 10/13/2023 | dm | 62.09 |
| Mike Matuska | 10/15/2023 | dm | 155.73 |
| Mike Matuska | 10/16/2023 | dm | 331.81 |
| Mike Matuska | 10/18/2023 | dm | 133.00 |
| Mike Matuska | 10/19/2023 | dm | 350.00 |
| Mike Matuska | 10/28/2023 | dm | 22.00 |
| Mike Matuska | 10/29/2023 | dm | 100.00 |
| Mike Matuska | 10/30/2023 | dm | 700.00 |
| **Total** | | | 16,684.02 |

**Big Teddy LLC**
**One Year Payments**
**November 1, 2022 through October 30, 2023**

| Payee | Date | Num | Amount |
|-------|------|-----|--------|
| Mike Matuska | 11/04/2022 | dm | 143.00 |
| Mike Matuska | 11/23/2022 | dm | 385.00 |
| Mike Matuska | 11/23/2022 | dm | 202.50 |
| Mike Matuska | 11/25/2022 | dm | 103.00 |
| Mike Matuska | 11/29/2022 | dm | 100.00 |
| Mike Matuska | 11/29/2022 | dm | 150.00 |
| Mike Matuska | 11/30/2022 | dm | 28.88 |
| Mike Matuska | 12/05/2022 | dm | 1,015.00 |
| Mike Matuska | 12/05/2022 | dm | 304.50 |
| Mike Matuska | 12/07/2022 | dm | 600.00 |
| Mike Matuska | 12/08/2022 | dm | 199.67 |
| Mike Matuska | 12/09/2022 | dm | 203.00 |
| Mike Matuska | 12/09/2022 | dm | 812.00 |
| Mike Matuska | 12/09/2022 | dm | 609.00 |
| Mike Matuska | 12/09/2022 | dm | 117.74 |
| Mike Matuska | 12/10/2022 | dm | 100.00 |
| Mike Matuska | 12/11/2022 | dm | 304.50 |
| Mike Matuska | 12/11/2022 | dm | 162.40 |
| Mike Matuska | 12/12/2022 | dm | 329.88 |
| Mike Matuska | 12/13/2022 | dm | 1,500.00 |
| Mike Matuska | 12/13/2022 | dm | 503.00 |
| Mike Matuska | 12/14/2022 | dm | 304.50 |
| Mike Matuska | 12/14/2022 | dm | 710.50 |
| Mike Matuska | 12/15/2022 | dm | 503.00 |
| Mike Matuska | 12/15/2022 | dm | 586.28 |
| Mike Matuska | 12/16/2022 | dm | 343.98 |
| Mike Matuska | 12/18/2022 | dm | 801.85 |
| Mike Matuska | 12/19/2022 | dm | 477.05 |
| Mike Matuska | 12/20/2022 | dm | 1,015.00 |
| Mike Matuska | 12/20/2022 | dm | 812.00 |
| Mike Matuska | 12/21/2022 | dm | 503.00 |
| Mike Matuska | 12/21/2022 | dm | 503.00 |
| Mike Matuska | 12/22/2022 | dm | 503.00 |
| Mike Matuska | 12/22/2022 | dm | 503.00 |
| Mike Matuska | 12/22/2022 | dm | 2,030.00 |
| Mike Matuska | 12/23/2022 | dm | 406.00 |
| Mike Matuska | 12/26/2022 | dm | 101.50 |
| Mike Matuska | 12/26/2022 | dm | 1,015.00 |
| Mike Matuska | 12/28/2022 | dm | 503.00 |

**Big Teddy LLC**
**One Year Payments**
November 1, 2022 through October 30, 2023

| Payee | Date | Num | Amount |
|-------|------|-----|--------|
| Mike Matuska | 12/28/2022 | dm | 900.00 |
| Mike Matuska | 12/29/2022 | dm | 403.00 |
| Mike Matuska | 12/29/2022 | dm | 203.00 |
| Mike Matuska | 12/30/2022 | dm | 100.00 |
| Mike Matuska | 01/10/2023 | dm | 43.00 |
| Mike Matuska | 01/13/2023 | dm | 203.00 |
| Mike Matuska | 01/17/2023 | dm | 40.00 |
| Mike Matuska | 01/23/2023 | dm | 55.50 |
| Mike Matuska | 01/25/2023 | dm | 117.92 |
| Mike Matuska | 01/27/2023 | dm | 750.00 |
| Mike Matuska | 01/27/2023 | dm | 22.00 |
| Mike Matuska | 02/01/2023 | dm | 395.00 |
| Mike Matuska | 02/02/2023 | dm | 400.00 |
| Mike Matuska | 02/02/2023 | dm | 200.00 |
| Mike Matuska | 02/02/2023 | dm | 20.00 |
| Mike Matuska | 02/07/2023 | dm | 503.00 |
| Mike Matuska | 02/07/2023 | dm | 4,000.00 |
| Mike Matuska | 02/08/2023 | dm | 302.00 |
| Mike Matuska | 02/08/2023 | dm | 110.00 |
| Mike Matuska | 02/10/2023 | dm | 396.00 |
| Mike Matuska | 02/10/2023 | dm | 503.00 |
| Mike Matuska | 02/13/2023 | dm | 18.60 |
| Mike Matuska | 02/15/2023 | dm | 503.00 |
| Mike Matuska | 02/16/2023 | dm | 1,600.00 |
| Mike Matuska | 02/16/2023 | dm | 1,000.00 |
| Mike Matuska | 02/16/2023 | dm | 503.00 |
| Mike Matuska | 02/16/2023 | dm | 503.00 |
| Mike Matuska | 02/17/2023 | dm | 990.00 |
| Mike Matuska | 02/17/2023 | dm | 503.75 |
| Mike Matuska | 02/17/2023 | dm | 503.75 |
| Mike Matuska | 02/21/2023 | dm | 4,900.00 |
| Mike Matuska | 02/22/2023 | dm | 503.00 |
| Mike Matuska | 02/22/2023 | dm | 503.00 |
| Mike Matuska | 02/23/2023 | dm | 503.00 |
| Mike Matuska | 02/23/2023 | dm | 503.00 |
| Mike Matuska | 02/28/2023 | dm | 500.00 |
| Mike Matuska | 03/01/2023 | dm | 300.00 |
| Mike Matuska | 03/02/2023 | dm | 300.00 |
| Mike Matuska | 03/02/2023 | dm | 503.00 |
| Mike Matuska | 03/02/2023 | dm | 503.00 |
| Mike Matuska | 03/03/2023 | dm | 443.00 |
| Mike Matuska | 03/07/2023 | dm | 22.00 |

**Big Teddy LLC**
**One Year Payments**
November 1, 2022 through October 30, 2023

| Payee | Date | Num | Amount |
|-------|------|-----|--------|
| Mike Matuska | 03/08/2023 | dm | 490.00 |
| Mike Matuska | 03/10/2023 | dm | 102.00 |
| Mike Matuska | 03/17/2023 | dm | 116.00 |
| Mike Matuska | 03/17/2023 | dm | 503.00 |
| Mike Matuska | 03/21/2023 | dm | 300.00 |
| Mike Matuska | 03/21/2023 | dm | 203.00 |
| Mike Matuska | 03/23/2023 | dm | 50.00 |
| Mike Matuska | 03/23/2023 | dm | 196.00 |
| Mike Matuska | 03/23/2023 | dm | 503.00 |
| Mike Matuska | 04/04/2023 | dm | 240.00 |
| Mike Matuska | 04/04/2023 | dm | 50.00 |
| Mike Matuska | 04/06/2023 | dm | 107.00 |
| Mike Matuska | 04/19/2023 | dm | 23.00 |
| Mike Matuska | 04/26/2023 | dm | 18.00 |
| Mike Matuska | 04/28/2023 | dm | 10.75 |
| Mike Matuska | 05/05/2023 | dm | 2.60 |
| Mike Matuska | 05/19/2023 | dm | 323.00 |
| Mike Matuska | 05/31/2023 | dm | 22.00 |
| Mike Matuska | 06/02/2023 | dm | 508.75 |
| Mike Matuska | 06/03/2023 | dm | 63.09 |
| Mike Matuska | 06/04/2023 | dm | 20.35 |
| Mike Matuska | 06/05/2023 | dm | 610.50 |
| Mike Matuska | 06/06/2023 | dm | 610.50 |
| Mike Matuska | 06/06/2023 | dm | 305.25 |
| Mike Matuska | 06/07/2023 | dm | 207.57 |
| Mike Matuska | 06/08/2023 | dm | 14.55 |
| Mike Matuska | 06/09/2023 | dm | 36.00 |
| Mike Matuska | 06/09/2023 | dm | 502.65 |
| Mike Matuska | 06/13/2023 | dm | 54.00 |
| Mike Matuska | 06/14/2023 | dm | 240.00 |
| Mike Matuska | 06/14/2023 | dm | 101.75 |
| Mike Matuska | 06/15/2023 | dm | 61.00 |
| Mike Matuska | 06/15/2023 | dm | 16.68 |
| Mike Matuska | 06/16/2023 | dm | 15.50 |
| Mike Matuska | 06/16/2023 | dm | 122.50 |
| Mike Matuska | 06/17/2023 | dm | 155.39 |
| Mike Matuska | 06/20/2023 | dm | 403.00 |
| Mike Matuska | 06/21/2023 | dm | 203.00 |
| Mike Matuska | 06/23/2023 | dm | 18.00 |
| Mike Matuska | 06/24/2023 | dm | 40.00 |
| Mike Matuska | 06/27/2023 | dm | 300.00 |
| Mike Matuska | 06/27/2023 | dm | 85.00 |

**Big Teddy LLC**
**One Year Payments**
November 1, 2022 through October 30, 2023

| Payee | Date | Num | Amount |
|-------|------|-----|--------|
| Mike Matuska | 06/28/2023 | dm | 177.00 |
| Mike Matuska | 06/29/2023 | dm | 579.98 |
| Mike Matuska | 07/01/2023 | dm | 65.00 |
| Mike Matuska | 07/01/2023 | dm | 103.00 |
| Mike Matuska | 07/02/2023 | dm | 50.00 |
| Mike Matuska | 07/03/2023 | dm | 97.00 |
| Mike Matuska | 07/06/2023 | dm | 11.22 |
| Mike Matuska | 07/07/2023 | dm | 123.00 |
| Mike Matuska | 07/07/2023 | dm | 25.00 |
| Mike Matuska | 07/09/2023 | dm | 142.45 |
| Mike Matuska | 07/10/2023 | dm | 50.00 |
| Mike Matuska | 07/10/2023 | dm | 254.38 |
| Mike Matuska | 07/11/2023 | dm | 400.00 |
| Mike Matuska | 07/11/2023 | dm | 82.42 |
| Mike Matuska | 07/12/2023 | dm | 43.00 |
| Mike Matuska | 07/12/2023 | dm | 71.23 |
| Mike Matuska | 07/12/2023 | dm | 427.35 |
| Mike Matuska | 07/14/2023 | dm | 40.00 |
| Mike Matuska | 07/14/2023 | dm | 102.50 |
| Mike Matuska | 07/15/2023 | dm | 50.00 |
| Mike Matuska | 07/16/2023 | dm | 50.00 |
| Mike Matuska | 07/17/2023 | dm | 25.44 |
| Mike Matuska | 07/18/2023 | dm | 25.00 |
| Mike Matuska | 07/18/2023 | dm | 42.00 |
| Mike Matuska | 07/18/2023 | dm | 6.63 |
| Mike Matuska | 07/21/2023 | dm | 263.00 |
| Mike Matuska | 07/21/2023 | dm | 61.07 |
| Mike Matuska | 07/21/2023 | dm | 200.18 |
| Mike Matuska | 07/23/2023 | dm | 203.00 |
| Mike Matuska | 07/24/2023 | dm | 200.00 |
| Mike Matuska | 07/25/2023 | dm | 400.00 |
| Mike Matuska | 07/26/2023 | dm | 40.00 |
| Mike Matuska | 07/26/2023 | dm | 10.60 |
| Mike Matuska | 07/27/2023 | dm | 13.00 |
| Mike Matuska | 07/27/2023 | dm | 363.00 |
| Mike Matuska | 07/28/2023 | dm | 151.46 |
| Mike Matuska | 07/28/2023 | dm | 798.98 |
| Mike Matuska | 07/30/2023 | dm | 403.00 |
| Mike Matuska | 07/30/2023 | dm | 203.56 |
| Mike Matuska | 07/31/2023 | dm | 403.00 |
| Mike Matuska | 07/31/2023 | dm | 610.69 |
| Mike Matuska | 08/01/2023 | dm | 403.00 |

**Big Teddy LLC**
**One Year Payments**
November 1, 2022 through October 30, 2023

| Payee | Date | Num | Amount |
|-------|------|-----|--------|
| Mike Matuska | 08/01/2023 | dm | 203.56 |
| Mike Matuska | 08/02/2023 | dm | 364.38 |
| Mike Matuska | 08/03/2023 | dm | 343.00 |
| Mike Matuska | 08/03/2023 | dm | 722.65 |
| Mike Matuska | 08/08/2023 | dm | 900.00 |
| Mike Matuska | 08/08/2023 | dm | 212.72 |
| Mike Matuska | 08/11/2023 | dm | 152.67 |
| Mike Matuska | 08/11/2023 | dm | 153.69 |
| Mike Matuska | 08/15/2023 | dm | 142.49 |
| Mike Matuska | 08/17/2023 | dm | 78.00 |
| Mike Matuska | 08/17/2023 | dm | 148.00 |
| Mike Matuska | 08/18/2023 | dm | 429.52 |
| Mike Matuska | 08/19/2023 | dm | 57.00 |
| Mike Matuska | 08/21/2023 | dm | 61.00 |
| Mike Matuska | 08/22/2023 | dm | 42.75 |
| Mike Matuska | 08/23/2023 | dm | 78.00 |
| Mike Matuska | 08/24/2023 | dm | 106.87 |
| Mike Matuska | 08/25/2023 | dm | 507.89 |
| Mike Matuska | 08/28/2023 | dm | 33.00 |
| Mike Matuska | 08/31/2023 | dm | 43.00 |
| Mike Matuska | 08/31/2023 | dm | 31.00 |
| Mike Matuska | 08/31/2023 | dm | 120.10 |
| Mike Matuska | 09/01/2023 | dm | 62.00 |
| Mike Matuska | 09/02/2023 | dm | 146.56 |
| Mike Matuska | 09/03/2023 | dm | 155.73 |
| Mike Matuska | 09/04/2023 | dm | 98.73 |
| Mike Matuska | 09/05/2023 | dm | 202.00 |
| Mike Matuska | 09/05/2023 | dm | 122.00 |
| Mike Matuska | 09/05/2023 | dm | 278.88 |
| Mike Matuska | 09/07/2023 | dm | 170.00 |
| Mike Matuska | 09/08/2023 | dm | 203.00 |
| Mike Matuska | 09/08/2023 | dm | 712.47 |
| Mike Matuska | 09/08/2023 | dm | 654.00 |
| Mike Matuska | 09/10/2023 | dm | 152.67 |
| Mike Matuska | 09/15/2023 | dm | 63.00 |
| Mike Matuska | 09/17/2023 | dm | 122.14 |
| Mike Matuska | 09/18/2023 | dm | 119.00 |
| Mike Matuska | 09/18/2023 | dm | 500.00 |
| Mike Matuska | 09/19/2023 | dm | 135.00 |
| Mike Matuska | 09/19/2023 | dm | 23.41 |
| Mike Matuska | 09/21/2023 | dm | 131.00 |
| Mike Matuska | 09/21/2023 | dm | 152.67 |

**Big Teddy LLC**
**One Year Payments**
**November 1, 2022 through October 30, 2023**

| Payee | Date | Num | Amount |
|-------|------|-----|--------|
| Mike Matuska | 09/27/2023 | dm | 28.00 |
| Mike Matuska | 09/28/2023 | dm | 23.50 |
| Mike Matuska | 09/29/2023 | dm | 104.50 |
| Mike Matuska | 10/02/2023 | dm | 2,780.00 |
| Mike Matuska | 10/02/2023 | dm | 503.00 |
| Mike Matuska | 10/03/2023 | dm | 503.00 |
| Mike Matuska | 10/05/2023 | dm | 18.00 |
| Mike Matuska | 10/07/2023 | dm | 130.28 |
| Mike Matuska | 10/11/2023 | dm | 604.00 |
| Mike Matuska | 10/12/2023 | dm | 186.26 |
| Mike Matuska | 10/12/2023 | dm | 131.30 |
| Mike Matuska | 10/13/2023 | dm | 279.00 |
| Mike Matuska | 10/13/2023 | dm | 62.09 |
| Mike Matuska | 10/15/2023 | dm | 155.73 |
| Mike Matuska | 10/16/2023 | dm | 331.81 |
| Mike Matuska | 10/18/2023 | dm | 133.00 |
| Mike Matuska | 10/19/2023 | dm | 350.00 |
| Mike Matuska | 10/28/2023 | dm | 22.00 |
| Mike Matuska | 10/29/2023 | dm | 100.00 |
| Mike Matuska | 10/30/2023 | dm | 700.00 |
| | | | 76,775.79 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re  **Big Teddy LLC**                                                      Case No.  **23-19587**

Debtor(s)                                Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................... $ ............ **20,000.00**

   Prior to the filing of this statement I have received .............................. $ ............ **20,000.00**

   Balance Due ................................................................................................ $ ............ **0.00**

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor        ■ Other (specify):    **Brian Leonard**

4. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5. ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]
      **(a) Advising the Debtor with respect to its powers and duties in the continued management and operation of its business as debtor-in-possession, including the rights and remedies of the Debtor with respect to its assets and claims and with respect to the claims of creditors.**
      **(b) Advising the Debtor with respect to preparing and obtaining approval of its Disclosure Statement and Plan.**
      **(c) Preparing on behalf of the Debtor, as debtor-in-possession, necessary applications, motions, complaints, answers, orders, reports and other pleadings and documents.**
      **(d) Appearing before this Court and other officials and tribunals, if necessary, and protecting the interests of the Debtor in federal, state and foreign jurisdictions and administrative proceedings.**
      **(e) Negotiating and preparing documents relating to the liquidation and disposition of assets, as requested by the Debtor.**
      **(f) Advising the Debtor concerning the day-to-day operations of its business in conjunction with the administration of his estate as debtor-in-possession.**
      **(g) Performing such other legal services for the Debtor, as debtor-in-possession, as may be necessary and appropriate herein.**
      **(h) Provide general guidance in connection with the proceeding.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **(a) Representation of your interests if the case is converted to a Chapter 7 case.**

In re    **Big Teddy LLC**                                    Case No.    **23-19587**
_____                              _____
                    Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

        I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December  4, 2023**                               **/s/ Michael E. Holt**
_____                    _____
_Date_                                             **Michael E. Holt**
                                                   _Signature of Attorney_
                                                   **Forman Holt**
                                                   **365 Passaic Street, Suite 400**
                                                   **Rochelle Park, NJ 07662**
                                                   **(201) 845-1000**
                                                   **mholt@formanlaw.com**
                                                   _Name of law firm_

# United States Bankruptcy Court
### District of New Jersey

In re   **Big Teddy LLC**
_____
Debtor(s)

Case No.   **23-19587**
Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December  4, 2023**
_____

Signature   **/s/ Michael Matuska**
_____
**Michael Matuska**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.